UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES -- GENERAL**

Case No.  **CV 13-05137-JFW (MANx)**                          Date: **April 7, 2014**

Title:  Pacifico Adaza Aves -v- The United States Citizenship and Immigration Services, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**             **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**     DISMISSAL OF ACTION FOR LACK OF PROSECUTION

     Plaintiff filed a Complaint with the Court on July 17, 2013.  On March 12, 2014, the Court issued an Order to Show Cause Re: Lack of Prosecution. The Court's Standing Order specifically warned Plaintiff that failure to serve the Complaint within 120 days as required by Fed. R. Civ. P. 4(m) would result in this dismissal of this action if good cause was not shown for any extension of time.  Plaintiff was to respond to the Court's Order to Show Cause no later than March 24, 2014.

     As of the date of this Order, Plaintiff has not filed a proper proof of service or otherwise responded to the Court's Order to Show Cause.  Accordingly, this action is hereby **DISMISSED** without prejudice.

     IT IS SO ORDERED.

Initials of Deputy Clerk  sr

(Rev. 2/14/08)